UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DEBRA F. JODOIN
ON BEHALF OF THE ESTATE OF
HARVEY SCHWARTZ
Plaintiff,

v.

William Beaumont Hospital
AND Attached List Defendant(s).

Case: 2:11-cv-13630
Judge: Roberts, Victoria A.
MJ: Hluchaniuk, Michael J.
Filed: 08-19-2011 At 01:22 PM
CMP JODOIN V. WILLIAM BEAUMONT HOSPITAL, ET AL (TAM)

COMPLAINT

SEE ATTACHED COMPLAINT

_[Signature]_
Signature of Plaintiff

24443 SURFSIDE
Street Address

NOVI MI 48374
City, State ZIP

248-505-3970
Telephone Number

Aug 19, 2011
Date

Defendants:

1. William Beaumont Hospital and/or its Physicians, Nurses, and other patient care staff.
2. William Beaumont Hospital In Patient Rehabilitation Unit and/or its Physicians, Nurses or other patient care staff.
3. William Beaumont Hospital In Patient Hemodialysis Unit and/or its Physicians, Nurses, and other patient care staff.
4. Jeffery Altshuler, M.D. and his professional corporation
5. Marc Brodsky, M.D.
6. Jeffery Gold, M.D. and his professional corporation
7. John Burdakin, M.D. and his professional corporation
8. Anthony D'Errico, D.O.
9. Fouad Batah, M.D.
10. Nancy DeSantis, M.D.
11. Sherry Viola, M.D
12. Sultan Zaidan, M.d

## STATEMENT OF CLAIM

Debra F Jodoin, claimant, on behalf of the estate of Harvey Schwartz, hereby files this claim against the Defendants: William Beaumont Hospital- Royal Oak and/or its physician, nursing, or other patient care staff including its residents, William Beaumont Hospital In Patient Rehabilitation Unit and/or its physician, nursing, and other patient care staff including its residents, William Beaumont Hospital In Patient Dialysis Unit including its physicians, nurses and/or other patient care including its residents, Jeffery Altshuler, M.D. and his professional corporation, Marc Brodsky, M.D., Jeffery Gold, M.D. and his professional corporation, John Burdakin, M.D. and his professional organization, Anthony D'Errico, D.O., Fouad Batah, M.D., Nancy DeSantis, D.O., Sherry Viola, M.D., and Sultan Zaidan, M.D., and support thereof states as follows:

## FACTUAL BASIS OF CLAIM

February 20, 2009: Harvey Schwartz was admitted to William Beaumont Hospital with complaints of chest burning on exertion for an optional heart catheterization to be performed by Dr. Marc Brodsky. Prior to his hospitalization he was found to have a disease called Thrombocytopenia. Preoperative ultrasound of the kidneys revealed absence of renal artery stenosis or other renal abnormality. Renal function and liver enzyme tests including SGOT, SGPT, PROTIEN, TOTAL, ALBUMIN, BUN, CREATINE, GFR, were also performed and found to be normal as of December 12, 2008.

February 20, 2009: Heart catheterization performed by Dr. Marc Brodsky, aggravated heart and patient, Harvey Schwartz goes into congestive heart failure and bypass heart surgery must be done.

February 21, 2009: Harvey Schwartz underwent a quadruple bypass surgery at William Beaumont Hospital performed by Dr. Jeffery Altshuler with a consultation from Dr. John Burdakin Jr., Dr. Anthony D'Errico and/or other hematology consultants, and/or Dr. Brodsky. Despite the patient's history of Thrombocytopenia, he was heparinized incident to the procedure and should not have been. It was noted by Dr. D'Errico that it "should be ok to start heparin if needed"; although record showed a low platelet count (59,000) was found on admission.

February 21, 2009: Harvey Schwartz was administered the drug Propofol by nursing staff on 2 East Surgical Intensive Care Unit. Propofol is known to cause encephalopathy and declining respiratory status. It is also a drug that is processed through the liver and is known to cause liver damage. This drug was given to Harvey Schwartz to induce a comatose state so he could remain calm and still for recovery

and was given for 2 days. Harvey remained in a state of encephalopathy until March 2, 2009 and was ventilator dependant for months.

February 21, 2009: Left eye is open and remains that way entire time in a coma. Partial loss of sight due to other "pressing" matters and eye was not attended to.

February 22, 2009: Harvey Schwartz was in "Liver Shock" and "Kidney Failure" told to be a temporary condition because of the dye from the heart catherization, the open heart surgery and drug Propofol.

February 26, 2009: Unable to be weaned from a ventilator, a tracheotomy was performed. Many nurses noted that the incision was made too big, which likely played a role in the infections and healing process. Later this became a crutch in recovery.

March 3, 2009: Tracheotomy site has a confirmed Streptococcus Group G infection

March 5, 2009 Harvey has a confirmed respiratory infection. A bacterial infection called Oropharyngeal Flora. The wound team is called in to care for tracheotomy site. Site looks like an infected golf ball.

March 6, 2009 Stage 2 and Stage 3 Bed sores are now being noted due to lack of care.

March 26, 2009, Upon discharge from the ICU to William Beaumont Hospital's Rehabilitation Facility, a Physician's Assistant, under the guidance of Dr. Jeffery Altshuler, wrote a standing order for Harvey to receive injections of Heparin. Harvey Schwartz was flagged as a patient with Thrombocytopedia and should have never received the order of such. He received 3 injections before a family member noticed and questioned an injection that was received. It caused severe bleeding from multiple sites including, leg wound, chest wounds, tracheotomy site, and later found rectal and stomach bleed. Harvey Schwartz was transferred back to the ICU for transfusions.

March 31, 2009: A MRSA and Psedonomas infections of the leg wound and tracheotomy site were documented. An E-Coli infection of unknown source was also noted. All the infections are known to be Hospital antibiotic resistant bacteria. Again halting recovery.

April 6, 2009: While receiving inpatient dialysis at William Beaumont Hospital, under the care of Dr. Jeffery Gold, patient received 500 units of heparin. Doctor admitted chart was not checked and error was made, although chart did have a red flag on it for Allergic: Heparin. The result of this was per Brian Soave, Associate Nurse Manager, Acute Hemodialysis, regardless of the "rules" in the inpatient dialysis unit, a family member was now allowed to accompany patient as a safeguard to and during dialysis. Harvey Schwartz was also transferred back to ICU to receive multiple transfusions of Platelets and fresh frozen plasma therefore delaying his recovery.

April 13, 2009: After returning to the Rehabilitation Unit at William Beaumont Hospital under the care of Dr. Nancy Desantis, Dr. Karim, and Dr. Sherry Viola, a nurse called an "On-call" Doctor, Dr. Sultan Zaidan because patient was having trouble sleeping. Without knowledge of patient's situation or chart, Dr.Sultan Zaidan called in a prescription of Ambien to be crushed and given. A sleeping pill should never have been prescribed because patient was a dialysis patient and would remain in system until dialysis is done.

April 14, 2009: After receiving Ambien prescribed by Dr.Sultan Zaidan, Harvey Schwartz awoke at 7:15am with the need to use the restroom. After repeatedly hitting the call button for a nurse to come to his aid, he made the decision to go himself. Upon doing so, a nurse never came because it was during report time, no bed alarm was ever engaged, and he was quite sleepy because of the medication received the evening prior and it had not been dialyzed out of his system. As a result of being unassisted he fell hitting his head. Sending him back to the ICU and into a psychotic state, requiring an unnecessary CAT scan and blood tests. A MRI was refused over and over at the request of patient's family stating he was different after the fall. This was a tremendous setback in his recovery.

April 14, 2009: As a result of the fall, the patients liver function was again compromised into "Liver Shock" once again. Thus raising his Ammonia levels and putting him through painful rectal insertion of medication to reduce the ammonia levels. The liver never resumed proper function after this.

April 14, 2009: Director of Nursing, Bernadette Carroll, R.N., BSN is witness to patient, Harvey Schwartz having blood drawn from his perma-cath while the stat nurse turns and asks the other stat nurse to give her sub q heparin to clear the line. Again, no chart was checked. Fortunately, patient's family was also present and caught mistake.

April 14, 2009: Under the direction of Val Gokenbach, DM, RN, CNAA, Vice President, Chief Nurse Executive, a sitter is now assigned to be with Harvey Schwartz at all times to aid in prevention of future

errors on the part of William Beaumont Hospital and William Beaumont Hospital In Patient Rehabilitation Facility and staff.

April 15, 2009: Dr. Susan Catto is now involved with patient care as a liaison between family and staff due to chart being transferred to "risk management", because of multiple errors on the part of the William Beaumont Hospital and William Beaumont Hospital In Patient Rehabilitation Unit Staff.

April 19, 2009: Patient has a confirmed urinary tract infection called Klebsiella Pneumonia which is a hospital antibiotic resistant bacteria.

April 27, 2009: Patient was neglected by staff in Rehabilitation Unit at William Beaumont Hospital until blood Ammonia levels reached 111 putting patient back into a psychotic state regardless of patients family telling staff members for three days that things were off. Patient was then transferred back into ICU and was again subject to horrible insertion of medication rectally.

May 2, 2009: Harvey Schwartz, Patient, was discharged from William Beaumont Hospital by Dr. Fouad Batah. Completely unable to care for himself, not even strong enough to get up by himself, Harvey was prescribed the following discharge medications: aero chamber max device, albuterol 2.5 mg/3ml 0.083 nebulizer solution, albuterol nebulizer solution 5 mg, albuterol-ipratropium inhaler, albuterol-ipratropium 2.5 mg/500mcg, albuterol-ipratropium 5 mg/500mcg, aspirin chew tab 81 mg, erythromycin ophthalmic ointment, lacrilube ophthalmic ointment, ferric gluconate injection 62.5 mg, hydromorphone hcl 1mg/ml inj solution, lactulose in 0.9 %NaCl enema, lactulose solution 20 g/30 ml UD cup 20 g, Midazolam hcl 1 mg/ml inj solution, midodrine tablet 5 mg, pantoprazole ec tablet 40, mg.triamcinolone acetonide 0.1 % ointment, trypsin – castor oil xenaderm ointment, aranesp inj 100 mcg, synthroid 50 mcg, lidoderm patch. He was also in need of Hemodialysis 3 -4 times a week and a follow up visit within two weeks to his Cardiologist, hematologist, eye doctor, internal medicine, and liver specialist. He was also sent home with orders for Physical Therapy, Occupational Therapy, Social Work, Evaluate need for Home Health Aide, Skilled Nursing, Trach Care and Wound Care. It is also noted Harvey is a high risk for falls. It is indicated to patient's family by nursing staff that William Beaumont Hospital is "fearful of future errors and it may be better if he went home." Obviously, that was a mistake.

May 23, 2009: Harvey Schwartz was admitted to Providence Park Hospital, Novi, Michigan, with a blood Pseudomonas infection, which is a hospital antibiotic resistant infection contracted while inpatient at William Beaumont Hospital.

July 4, 2009: Harvey Schwartz died from multiple organ failure due to lack of patient care and multiple errors by Doctors, nurses, and staff at William Beaumont Hospital, William Beaumont Hospital in Patient Hemodialysis Unit, and William Beaumont Hospital in Patient Rehabilitation Unit from February 20, 2009 until May 2, 2009.

# CIVIL COVER SHEET

JS 44 (Rev. 12/07)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Debra F. Jodoin, on behalf of the estate of Harvey Schwartz

### DEFENDANTS
See attached list

(b) County of Residence of First Listed Plaintiff: Oakland
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Oakland
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
None X DEBRA JODOIN 24443 SURFSIDE, NOVI MI. 48374

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | | | | | |

Case: 2:11-cv-13630
Judge: Roberts, Victoria A.
MJ: Hluchaniuk, Michael J.
Filed: 08-19-2011 At 01:14 PM
CMP JODOIN V. WILLIAM BEAUMONT HOSPITAL, ET AL (TAM)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- [X] 362 Personal Injury - Med. Malpractice
- 365 Personal Injury - Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 444 Welfare
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 440 Other Civil Rights

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence
- Habeas Corpus:
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**FORFEITURE/PENALTY**
- 610 Agriculture
- 620 Other Food
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 R.R. & Truck
- 650 Airline Regs.
- 660 Occupational Safety/Health
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt.Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 463 Habeas Corpus - Alien Detainee
- 465 Other Immigration Actions

**BANKRUPTCY**
- 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 840 Trademark

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Sat TV
- 810 Selective Service
- 850 Securities/Commodities/Exchange
- 875 Customer Challenge 12 USC 3410
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 895 Freedom of Information Act
- 900 Appeal of Fee Determination Under Equal Access to Justice
- 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
600.2912A Action Alleging Malpractice; Burden of Proof

Brief description of cause:
Medical Malpractice/Negligence/Wrongful Death

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ $250,000. per defendant

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: August 19, 2011

SIGNATURE OF ATTORNEY OF RECORD: X Debra Jodoin

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

Defendants:

1. William Beaumont Hospital and/or its Physicians, Nurses, and other patient care staff.
2. William Beaumont Hospital In Patient Rehabilitation Unit and/or its Physicians, Nurses or other patient care staff.
3. William Beaumont Hospital In Patient Hemodialysis Unit and/or its Physicians, Nurses, and other patient care staff .
4. Jeffery Altshuler, M.D. and his professional corporation
5. Marc Brodsky, M.D.
6. Jeffery Gold, M.D. and his professional corporation
7. John Burdakin, M.D. and his professional corporation
8. Anthony D'Errico, D.O.
9. Fouad Batah, M.D.
10. Nancy DeSantis, M.D.
11. Sherry Viola, M.D
12. Sultan Zaidan, M.d

## STATEMENT OF CLAIM

Debra F Jodoin, claimant, on behalf of the estate of Harvey Schwartz, hereby files this claim against the Defendants: William Beaumont Hospital- Royal Oak and/or its physician, nursing, or other patient care staff including its residents, William Beaumont Hospital in Patient Rehabilitation Unit and/or its physician, nursing, and other patient care staff including its residents, William Beaumont Hospital in Patient Dialysis Unit including its physicians, nurses and/or other patient care including its residents, Jeffery Altshuler, M.D. and his professional corporation, Marc Brodsky, M.D., Jeffery Gold, M.D. and his professional corporation, John Burdakin, M.D. and his professional organization, Anthony D'Errico, D.O., Fouad Batah, M.D., Nancy DeSantis, D.O., Sherry Viola, M.D., and Sultan Zaidan, M.D., and support thereof states as follows:

## FACTUAL BASIS OF CLAIM

February 20, 2009: Harvey Schwartz was admitted to William Beaumont Hospital with complaints of chest burning on exertion for an optional heart catheterization to be performed by Dr. Marc Brodsky. Prior to his hospitalization he was found to have a disease called Thrombocytopenia. Preoperative ultrasound of the kidneys revealed absence of renal artery stenosis or other renal abnormality. Renal function and liver enzyme tests including SGOT, SGPT, PROTIEN, TOTAL, ALBUMIN, BUN, CREATINE, GFR, were also performed and found to be normal as of December 12, 2008.

February 20, 2009: Heart catheterization performed by Dr. Marc Brodsky, aggravated heart and patient, Harvey Schwartz goes into congestive heart failure and bypass heart surgery must be done.

February 21, 2009: Harvey Schwartz underwent a quadruple bypass surgery at William Beaumont Hospital performed by Dr. Jeffery Altshuler with a consultation from Dr. John Burdakin Jr., Dr. Anthony D'Errico and/or other hematology consultants, and/or Dr. Brodsky. Despite the patient's history of Thrombocytopenia, he was heparinized incident to the procedure and should not have been. It was noted by Dr. D'Errico that it "should be ok to start heparin if needed", although record showed a low platelet count (59,000) was found on admission.

February 21, 2009: Harvey Schwartz was administered the drug Propofol by nursing staff on 2 East Surgical Intensive Care Unit. Propofol is known to cause encephalopathy and declining respiratory status. It is also a drug that is processed through the liver and is known to cause liver damage. This drug was given to Harvey Schwartz to induce a comatose state so he could remain calm and still for recovery and was given for 2 days. Harvey remained in a state of encephalopathy until March 2, 2009 and was ventilator dependant for months.

February 21, 2009: Left eye is open and remains that way entire time in a coma. Partial loss of sight due to other "pressing" matters and eye was not attended to.

February 22, 2009: Harvey Schwartz was in "Liver Shock" and "Kidney Failure" told to be a temporary condition because of the dye from the heart catherization, the open heart surgery and drug Propofol.

February 26, 2009: Unable to be weaned from a ventilator, a tracheotomy was performed. Many nurses noted that the incision was made too big, which likely played a role in the infections and healing process. Later this became a crutch in recovery.

March 3, 2009: Tracheotomy site has a confirmed Streptococcus Group G infection

March 5, 2009 Harvey has a confirmed respiratory infection. A bacterial infection called Oropharyngeal Flora. The wound team is called in to care for tracheotomy site. Site looks like an infected golf ball.

March 6, 2009 Stage 2 and Stage 3 Bed sores are now being noted due to lack of care.

March 26, 2009. Upon discharge from the ICU to William Beaumont Hospital's Rehabilitation Facility, a Physician's Assistant, under the guidance of Dr. Jeffery Altshuler, wrote a standing order for Harvey to receive injections of Heparin. Harvey Schwartz was flagged as a patient with Thrombocytopedia and should have never received the order of such. He received 3 injections before a family member noticed and questioned an injection that was received. It caused severe bleeding from multiple sites including, leg wound, chest wounds, tracheotomy site, and later found rectal and stomach bleed. Harvey Schwartz was transferred back to the ICU for transfusions.

March 31, 2009. A MRSA and Psedonomas infections of the leg wound and tracheotomy site were documented. An E-Coli infection of unknown source was also noted. All the infections are known to be Hospital antibiotic resistant bacteria. Again halting recovery.

April 6, 2009:  While receiving inpatient dialysis at William Beaumont Hospital, under the care of Dr. Jeffery Gold, patient received 500 units of heparin.  Doctor admitted chart was not checked and error was made, although chart did have a red flag on it for Allergic: Heparin.  The result of this was per Brian Soave, Associate Nurse Manager, Acute Hemodialysis, regardless of the "rules" in the inpatient dialysis unit, a family member was now allowed to accompany patient as a safeguard to and during dialysis.  Harvey Schwartz was also transferred back to ICU to receive multiple transfusions of Platelets and fresh frozen plasma therefore delaying his recovery.

April 13, 2009:  After returning to the Rehabilitation Unit at William Beaumont Hospital under the care of Dr. Nancy Desantis, Dr. Karim, and Dr. Sherry Viola, a nurse called an "On-call" Doctor, Dr. Sultan Zaidan because patient was having trouble sleeping.  Without knowledge of patient's situation or chart, Dr. Sultan Zaidan called in a prescription of Ambien to be crushed and given.  A sleeping pill should never have been prescribed because patient was a dialysis patient and would remain in system until dialysis is done.

April 14, 2009:  After receiving Ambien prescribed by Dr.Sultan Zaidan, Harvey Schwartz  awoke at 7:15am with the need to use the restroom.  After repeatedly hitting the call button for a nurse to come to his aid, he made the decision to go himself.  Upon doing so, a nurse never came because it was during report time, no bed alarm was ever engaged, and he was quite sleepy because of the medication received the evening prior and it had not been dialyzed out of his system.  As a result of being unassisted he fell hitting his head.  Sending him back to the ICU and into a psychotic state, requiring an unnecessary CAT scan and blood tests.  A MRI was refused over and over at the request of patient's family stating he was different after the fall.  This was a tremendous setback in his recovery.

April 14, 2009: As a result of the fall, the patients liver function was again compromised into "Liver Shock" once again.  Thus raising his Ammonia levels and putting him through painful rectal insertion of medication to reduce the ammonia levels.  The liver never resumed proper function after this.

April 14, 2009:  Director of Nursing, Bernadette Carroll, R.N., BSN is witness to patient, Harvey Schwartz having blood drawn from his perma-cath while the stat nurse turns and asks the other stat nurse to give her sub q heparin to clear the line.  Again, no chart was checked.  Fortunately, patient's family was also present and caught mistake.

April 14, 2009:  Under the direction of Val Gokenbach, DM, RN, CNAA, Vice President, Chief Nurse Executive, a sitter is now assigned to be with Harvey Schwartz at all times to aid in prevention of future errors on the part of William Beaumont Hospital and William Beaumont Hospital In Patient Rehabilitation Facility and staff.

April 15, 2009:  Dr. Susan Catto is now involved with patient care as a liaison between family and staff due to chart being transferred to "risk management", because of multiple errors on the part of the William Beaumont Hospital and William Beaumont Hospital In Patient Rehabilitation Unit Staff.

April 19, 2009:  Patient has a confirmed urinary tract infection called Klebsiella Pneumonia which is a hospital antibiotic resistant bacteria.

April 27, 2009:  Patient was neglected by staff in Rehabilitation Unit at William Beaumont Hospital until blood Ammonia levels reached 111 putting patient back into a psychotic state regardless of patients family telling staff members for three days that things were off.  Patient was then transferred back into ICU and was again subject to horrible insertion of medication rectally.

May 2, 2009:  Harvey Schwartz, Patient, was discharged from William Beaumont Hospital by Dr. Fouad Batah.  Completely unable to care for himself, not even strong enough to get up by himself, Harvey was prescribed the following discharge medications: aero chamber max device, albuterol 2.5 mg/3ml 0.083 nebulizer solution, albuterol nebulizer solution 5 mg, albuterol-ipratropium inhaler, albuterol-ipratropium 2.5 mg/500mcg, albuterol-ipratropium 5 mg/500mcg, aspirin chew tab 81 mg, erythromycin ophthalmic ointment, lacrilube ophthalmic ointment, ferric gluconate injection 62.5 mg, hydromorphone hcl 1mg/ml inj solution, lactulose in 0.9 %NaCl enema, lactulose solution 20 g/30 ml UD cup 20 g, Midazolam hcl 1 mg/ml inj solution, midodrine tablet 5 mg, pantoprazole ec tablet 40, mg,triamcinolone acetonide 0.1 % ointment, trypsin – castor oil xenaderm ointment, aranesp inj 100 mcg, synthroid 50 mcg, lidoderm patch. He was also in need of Hemodialysis 3 -4 times a week and a follow up visit within two weeks to his Cardiologist, hematologist, eye doctor, internal medicine, and liver specialist.  He was also sent home with orders for Physical Therapy, Occupational Therapy, Social Work, Evaluate need for Home Health Aide, Skilled Nursing, Trach Care and Wound Care.  It is also noted Harvey is a high risk for falls.  It is indicated to patient's family by nursing staff that William Beaumont Hospital is "fearful of future errors and it may be better if he went home."  Obviously, that was a mistake.

May 23, 2009:  Harvey Schwartz was admitted to Providence Park Hospital, Novi, Michigan, with a blood Pseudomonas infection, which is a hospital antibiotic resistant infection contracted while inpatient at William Beaumont Hospital.

July 4, 2009: Harvey Schwartz died from multiple organ failure due to lack of patient care and multiple errors by Doctors, nurses, and staff at William Beaumont Hospital, William Beaumont Hospital in Patient Hemodialysis Unit, and William Beaumont Hospital in Patient Rehabilitation Unit from February 20, 2009 until May 2, 2009.